UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| MELISSA LYNN RAMBOW | Civil No. 3:16-cv-00796-PK |
|---|---|
| Plaintiff, | |
| vs., | ORDER TO PAY SUPPLEMENTAL EAJA FEES |
| NANCY A. BERRYHILL, Acting COMISSIONER SOCIAL SECURITY Defendant. | |

Papak, Magistrate Judge:

Following my review of Plaintiff's Supplement Motion for EAJA Fees and supporting documentation, and after consideration of Defendant's stipulation, and pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, $ 2,000.00 is awarded to Plaintiff in care of her attorney, Nancy J. Meserow, and the check for Supplemental EAJA fees shall be made payable to Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney Nancy J. Meserow, subject to the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). No award for postage expenses, or photocopying costs pursuant to 28 U.S.C. 1920 is ordered. Any check issued for EAJA fees shall be sent to Plaintiff in care of her attorney, Nancy J. Meserow, at her office, located at the following address:

Law Office of Nancy J. Meserow
7540 SW 51st Ave.
Portland, OR
97219.

IT IS SO ORDERED.

Dated this 13th day of March, ~~2017~~ 2018

_____
UNITED STATES MAGISTRATE JUDGE, Paul Papak